UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Stacy Singleton, et al.<br>Plaintiff, | § § § § | CIVIL ACTION NO.<br>4:23–cv–03141 |
| vs. | § § § § | JUDGE CHARLES ESKRIDGE |
| Harris County, Texas, et al.<br>Defendant. | § § | |

NOTICE OF RESETTING

Take notice that the Initial Conference set for 03/05/2024, has been RESET as follows:

Monday, April 15, 2024, at 02:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002