IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STACY SINGLETON, INDIVIDUALLY, AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARD AJENE HIPOLITO, | § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-cv-03141 |
| HARRIS COUNTY, TEXAS, HARRIS COUNTY SHERIFF ED GONZALEZ, DEPUTY J. VILLARREAL, DEPUTY C. RUSSELL, UNKNOWN HARRIS COUNTY, TEXAS EMPLOYEES, THE CITY OF HIGHLANDS, TEXAS, THE CITY OF HIGHLANDS FIRE DEPARTMENT AND UNKNOWN CITY OF HIGHLANDS FIRE DEPARTMENT EMS PERSONNEL | § § § § § § § § § § § § § | JUDGE CHARLES ESKRIDGE |
| Defendants. | § § | |

**MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, **STACY SINGLETON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RICHARD AJENE HIPOLITO,** in the above entitled and numbered cause and makes and files this Motion to Dismiss in accordance with the Federal Rules of Civil Procedure. respectfully showing the Court as follows:

I.

Plaintiff filed an Original Petition on Augusts 23, 2023, citing emotional and economic damages due to an incident occurring in Harris County, Texas.

II.

Plaintiff, **STACY SINGLETON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RICHARD AJENE HIPOLITO**, no longer wishes to pursue her causes of action.

WHEREFORE, PREMISES CONSIDERED, **STACY SINGLETON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RICHARD AJENE HIPOLITO**, Plaintiff, prays that her causes of action be dismissed herein.

Respectfully Submitted,

**THE COX PRADIA LAW FIRM, PLLC**

By:   */s/ Troy J. Pradia*
**TROY J. PRADIA**
State Bar No.: 24011945
Federal Bar No.: 30260
tjp@coxpradialaw.com
eservetjp@coxpradialaw.com
2402 Rosedale Street
Houston, Texas 77004
Telephone: 713-739-0402
Facsimile: 713-752-2812
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that on the **6th day of December 2024**, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the following:

Office of the Harris County Attorney
Veronica L. Jones
Tel: (713) 274-5181 (direct)
Veronica.Jones@harriscountytx.gov
 Frank J. Ford
Tel: (713) 274-5166 (direct)
Frank.Ford@harriscountytx.gov
1019 Congress
Houston, Texas 77002
**Attorneys for Defendants Harris County, Texas Sheriff Ed Gonzalez, Deputy J. Villarreal, and Deputy C. Russell**


**VORYS, SATER, SEYMOUR AND PEASE LLP**
Phillip W. Bechter
909 Fannin, Suite 2700
Houston, Texas 77010
Tel: (713) 588-7000
Fax: (713) 588-7050
pbechter@vorys.com
**ATTORNEY FOR DEFENDANT
CITY OF HIGHLANDS FIRE DEPARTMENT**


                                               */s/ Troy J. Pradia*
                                              **TROY J. PRADIA**